UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Mag. No. 12-3657 (MF) |
| FRANCISCO TORRELLAS, <br> a/k/a "Dream," <br> a/k/a "Daddy," <br> a/k/a "Pretty" | : | |

I, Brian Salamone, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  From in or about May 14, 2012 through on or about May 19, 2012, in Bergen, Hudson, and Union Counties, in the District of New Jersey, and elsewhere, defendants,

SEE ATTACHMENT A

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
Brian Salamone, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
May 25, 2012, at Newark, New Jersey

HONORABLE MARK FALK          _____
U. S. MAGISTRATE JUDGE        Signature of Judicial Officer

## ATTACHMENT A

<u>Count One</u>

From on or about May 14, 2012 through in or about May 19, 2012, in Bergen, Hudson, and Union Counties, in the District of New Jersey, and elsewhere, defendant

**FRANCISCO TORRELLAS,**
a/k/a "Dream,"
a/k/a "Daddy,"
a/k/a "Pretty,"

did knowingly and willfully, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and that such person would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and Section 2.

## ATTACHMENT B

I, Brian Salamone, a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI"), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. On or about May 23, 2012, FBI agents interviewed a cooperating witness ("CW-1"), who stated, in substance and in part, that she was introduced to defendant FRANCISCO TORRELLAS, a/k/a "Dream," a/k/a "Daddy, " a/k/a "Pretty" ("TORRELLAS"), on or about May 14, 2012, at the Red Roof Inn in Secaucus, New Jersey.

2. When CW-1 met defendant TORRELLAS, approximately three young females, who were also present at the meeting, explained to CW-1, in substance and in part, that CW-1 would be making money for defendant TORRELLAS and he expected her to earn $1500 per day, except for Sundays, where she was expected to earn $750. The young females also explained that clients would be charged $230 for one hour, $200 per half hour, and $130 for a short stay, which is any period of time under thirty minutes. Furthermore, it was explained that all of the females' advertisements were on backpage.com and that male clients would come to the hotel room where they would choose which girl they wanted. After the "date" was complete, all the money paid by the male clients, including any tips, would be turned to defendant TORRELLAS. At that time, TORRELLAS gave CW-1 a cellular telephone and told CW-1 that clients would be calling her for "dates" on that telephone.

3. Shortly thereafter, defendant TORRELLAS took photographs of CW-1 posing seductively wearing thong underwear and a bra. FBI agents have identified these photographs on advertisement posted backpage.com as recently as on or about May 24, 2012.

4. On or about May 14, 2012, when CW-1 informed defendant TORRELLAS that CW-1 was only sixteen years old, defendant TORRELLAS instructed CW-1 to tell clients that she was nineteen years old.

5. On May 15, 2012, CW-1 earned an approximate total of $1000 for performing sexual acts with five clients, all of which she turned over to defendant TORRELLAS as directed. At the direction of defendant TORRELLAS, CW-1 worked as a prostitute in various hotels in Elizabeth and Elmwood Park, New Jersey.

6. On or about May 16, 2012, CW-1 asked defendant TORRELLAS for her cellular telephone and informed defendant TORRELLAS that she wanted to leave. Defendant TORRELLAS responded that he had broken CW-1's telephone and that of all of the other girls. Subsequently, defendant TORRELLAS directed another female to keep a close eye on CW-1.

       7.      On or about May 18, 2012, defendant TORRELLAS hit CW-1 in the face with an open hand for not following defendant TORRELLAS' instruction to retrieve another female. On that same day, CW-1 witnessed defendant TORRELLAS choking and slapping another one of the young females when that female incorrectly listed her telephone number on a backpage.com escort advertisement.