2012R00619/SWC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. CCC |
| v. | : | Criminal No. 12-447 |
| FRANCISCO TORRELLAS,<br>  a/k/a "Dream,"<br>  a/k/a "Daddy,"<br>  a/k/a "Pretty" | :<br><br>: | <br><br>18 U.S.C. §§ 1591(a)(1) and 2 |

INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

From on or about May 14, 2012 through on or about May 20, 2012, in Bergen and Union Counties, in the District of New Jersey, and elsewhere, defendant

FRANCISCO TORRELLAS,
a/k/a "Dream,"
a/k/a "Daddy,"
a/k/a "Pretty,"

did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, in and affecting interstate commerce, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years, and that such person would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1) and Section 2.

                                        A TRUE BILL

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 12-cr 447(CCC)

# United States District Court
# District of New Jersey

| UNITED STATES OF AMERICA |
| --- |
| v. |
| FRANCISCO TORRELLAS,<br>a/k/a "Dream," a/k/a "Daddy," a/k/a "Pretty" |

## INDICTMENT CHARGING VIOLATIONS OF

18 U.S.C. §§ 1591(a)(1) and 2

A True Bill,

_____

Paul J. Fishman
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

SHANA W. CHEN
*ASSISTANT U.S. ATTORNEY*
973-353-6095