UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 12-447 (CCC) |
| v. | : Hon. Claire C. Cecchi |
| FRANCISCO TORRELLAS<br>a/k/a "Dream"<br>a/k/a "Daddy"<br>a/k/a "Pretty" | : <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Danielle M. Corcione, Assistant U.S. Attorney), and defendant Francisco Torrellas (by Michael N. Pedicini, Esq.) for an order memorializing the ninety (90) day continuance of the above captioned case to allow newly appointed defense counsel time to familiarize himself with the matter; and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant having consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for ninety (90) days;

IT IS on this ____19th____ day of June, 2013

ORDERED that from June 17, 2013 through September 15, 2013 will continue to be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Defense Counsel Benjamin Morton brought a motion to withdraw as counsel for Francisco Torrellas (the defendant) on March 27, 2013;

2. At a hearing on June 17, 2013, the Court granted Mr. Morton's motion to withdraw and relieved counsel of his representation of the defendant;

3. On June 17, 2013, the Court appointed Michael N. Pedicini as CJA Counsel for the defendant and notified the defendant that he had ten (10) days to retain private counsel if he desired;

4. Mr. Pedicini requested a ninety (90) day continuance to become familiar with the facts of the case; and

5. Pursuant to Title 18, United States Code, Section 3161(h)(7), IT IS ORDERED that the period from June 17, 2013 through September 15, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

SEEN AND AGREED:

_____
Danielle M. Corcione
Assistant U.S. Attorney

_____
Michael N. Pedicini
Counsel for Francisco Torrellas

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge